IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 04-20021-D |
| ) | |
| TIM WESTBROOKS ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SURRENDER

The defendant, Tim Westbrooks, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI Memphis, 1101 John A. Denie Road, Memphis, Tennessee 38134** by **2:00 p.m.** on **TUESDAY, AUGUST 2, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the 25 day of April, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05

196

## ACKNOWLEDGEMENT

I agree to report as directed above and understand that if I fail to report, I may be cited for contempt of Court and if convicted, may be punished by imprisonment, fine or both.

Signed and acknowledged before me on _____

_____          _____
**Clerk/Deputy Clerk**                                      **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 196 in case 2:04-CR-20021 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Eduardo N. Lerma
LAW OFFICE OF EDUARDO N. LERMA
1417 Montana Ave.
El Paso, TX 79902

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Fed. Public Defender
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

James V. Ball
THE BALL LAW FIRM
3173 Poplar Ave.
Memphis, TN 38111

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT